In the Matter of the Application to Vacate Decree Settling
the Accounts of WILLIAM J. RILEY, as Administrator of
the Estate of JOHN MARTIN, Deceased, Appellant.
        DENNIS GREELEY et al., Respondents.

*Matter of Martin,* 95 App. Div. 629, appeal dismissed.
(Argued October 4, 1904; decided October 18, 1904.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 10, 1904, which affirmed an order of the Kings County
Surrogate's Court vacating a decree settling the accounts of
the administrator herein and determining that the respondents
herein are entitled to share in the distribution of the above-

entitled estate and to appear as parties on the accounting of the administrator.

*John R. Kuhn* for appellant.

*Melville J. France* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ. Absent: GRAY, J.